**FILED**

JUL 1 5 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALEXANDER SOLIMAN,

Defendant.

CASE NO.: 15 CR 0234-CRB

**ORDER ALLOWING TRAVEL**

Upon request of defendant and good cause appearing:

IT IS HEREBY ORDERED that ALEXANDER SOLIMAN may travel to Cabo San Lucas, Mexico, from July 15, 2016, to July 23, 2016. Mr. Soliman's passport shall be returned to him only for the purpose of this trip and must be returned to Pre-Trial Services within twenty-four (24) hours of his return to the United States.

Dated: 7-15-16

U.S. DISTRICT COURT

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

- 1 -

ORDER ALLOWING TRAVEL